# United States Bankruptcy Court
## Southern District of Florida

In re   **Oreste Ramon Vega** _____
Case No. _____

_____
Debtor(s)

Chapter   **7** _____

## DECLARATION REGARDING PAYMENT ADVICES

**Debtor:**

■   Copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days.
_____)

☐   Copies of all payment advices **are not** attached because the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

☐   Copies of all payment advices **are not** attached because the debtor:
    ☐   receives disability payments
    ☐   is unemployed and does not receive unemployment compensation
    ☐   receives Social Security payments
    ☐   receives a pension
    ☐   does not work outside the home
    ☐   is self employed and does not receive payment advices

☐   None of the statements above apply, however, the debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
    Explain: _____

**Joint Debtor (if applicable):**

☐   Copies of payment advices, pay stubs or other evidence of payment received by the joint debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days.
_____)

☐   Copies of payment advices **are not** attached because the joint debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

☐   Copies of payment advices **are not** attached because the joint debtor:
    ☐   receives disability payments
    ☐   is unemployed and does not receive unemployment compensation
    ☐   receives Social Security payments
    ☐   receives a pension
    ☐   does not work outside the home
    ☐   is self employed and does not receive payment advices

☐   None of the statements above apply, however, the joint debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
    Explain: _____

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**NOTE: When submitting copies of evidence of payment such as pay stubs or payment advices, it is your responsibility to redact (blackout) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching for filing with the court.**

**/s/ Oreste Ramon Vega** _____    Date:    **February 27, 2015** _____

**Oreste Ramon Vega**
Signature of Attorney or Debtor

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy



**TITAN**
AMERICA
Tarmac • Roanoke Cement • Essex Cement •
Separation Technologies
1151 Azalea Garden Road
Norfolk, VA 23502

**ORESTE R VEGA**

**PERIOD END   1/11/2015**

992922

```
EMP#  60616    PLT PN    xxx-xx-0599    RATE  19.4998
      010   40.00    015    8.30    091    8.80
```

FEDERAL FILING STATUS: SINGLE, EXEMPTIONS: 00   EXTRA W/H: $.00

| EARNINGS | HRS | | Y-T-D | DEDUCTIONS | CURRENT | Y-T-D |
|---|---|---|---|---|---|---|
| REGULAR | 40.00 | 891.60 | 1,968.06 | WELLNESS INCENT | 6.92- | 20.76- |
| OVERTIME | 8.80 | 282.13 | 292.24 | HEALTH (PRE-TAX) | 122.55 | 367.65 |
| HOLIDAY | | | 468.00 | DENTAL (PRE-TAX) | 6.28 | 18.84 |
| PREMIUM | 8.30 | 279.63 | 1,111.78 | VISION (PRE-TAX) | 3.67 | 11.01 |
| SHIFT/LEAD DIFF | | 23.79 | 52.21 | FICA TAX | 84.21 | 218.47 |
| EXCESS LIFE BEN | | .74 | 2.22 | MEDICARE TAX | 19.69 | 51.09 |
| BONUS PAY | | 5.88 | 5.88 | 401K | 148.30 | 389.81 |
| GROSS PAY | | 1483.77 | 3,900.39 | FEDERAL WITHHOLD | 210.53 | 507.63 |
| GROSS WAGES | | 1483.03 | 3,898.17 | LOAN 401K REPAY | 200.68 | 602.04 |
| | | | | DIRECT DEPOSIT | 694.04 | 1752.39 |
| | | | | DED. TOTALS: | 1483.03 | |

RETIREMENT CONTRIBUTION MADE ON YOUR BEHALF:

| | CURRENT | Y-T-D |
|---|---|---|
| 401K | 44.49 | 116.95 |



**TITAN**
AMERICA
Tarmac • Roanoke Cement • Essex Cement •
Separation Technologies
1151 Azalea Garden Road
Norfolk, VA 23502

DATE OF DEPOSIT     1/16/15
PLEASE SEE ABOVE FOR AMOUNT DEPOSITED

**NON-NEGOTIABLE**

PAY TO THE ORDER OF

DIRECT DEPOSIT

```
60616  ORESTE R VEGA
PN     3152 W 70 STREET
P14    HIALEAH, FL  33018
```


**TITAN AMERICA**
Tarmac • Roanoke Cement • Essex Cement •
Separation Technologies
1151 Azalea Garden Road
Norfolk, VA 23502

## ORESTE R VEGA

**PERIOD END 12/28/2014**

990621

```
EMP#  60616   PLT PN    xxx-xx-0599   RATE 19.4998
      010   24.00   015   12.50   052   8.00   052P   8.00   091   .30
```

FEDERAL FILING STATUS: SINGLE, EXEMPTIONS: 00  EXTRA W/H: $.00

| EARNINGS | HRS | | Y-T-D | DEDUCTIONS | CURRENT | Y-T-D |
|---|---|---|---|---|---|---|
| REGULAR | 24.00 | 539.04 | 539.04 | WELLNESS INCENT | 6.92- | 6.92- |
| OVERTIME | .30 | 10.11 | 10.11 | HEALTH (PRE-TAX) | 122.55 | 122.55 |
| HOLIDAY | 16.00 | 312.00 | 312.00 | DENTAL (PRE-TAX) | 6.28 | 6.28 |
| PREMIUM | 12.50 | 421.13 | 421.13 | VISION (PRE-TAX) | 3.67 | 3.67 |
| SHIFT/LEAD DIFF | | 14.26 | 14.26 | FICA TAX | 72.65 | 72.65 |
| EXCESS LIFE BEN | | .74 | .74 | MEDICARE TAX | 16.99 | 16.99 |
| GROSS PAY | | 1297.28 | 1,297.28 | 401K | 129.65 | 129.65 |
| GROSS WAGES | | 1296.54 | 1,296.54 | FEDERAL WITHHOLD | 168.57 | 168.57 |
| | | | | LOAN 401K REPAY | 200.68 | 200.68 |
| | | | | DIRECT DEPOSIT | 582.42 | 582.42 |
| | | | | DED. TOTALS: | 1296.54 | |

| RETIREMENT CONTRIBUTION MADE ON YOUR BEHALF: | CURRENT | Y-T-D |
|---|---|---|
| 401K | 38.90 | 38.90 |


**TITAN AMERICA**
Tarmac • Roanoke Cement • Essex Cement •
Separation Technologies
1151 Azalea Garden Road
Norfolk, VA 23502

DATE OF DEPOSIT     1/02/15
PLEASE SEE ABOVE FOR AMOUNT DEPOSITED

# NON-NEGOTIABLE

PAY TO THE ORDER OF

DIRECT DEPOSIT

```
60616  ORESTE R VEGA
PN     3152 W 70 STREET
P14    HIALEAH, FL  33018
```



**TITAN AMERICA**
Tarmac • Roanoke Cement • Essex Cement •
Separation Technologies
1151 Azalea Garden Road
Norfolk, VA 23502

## ORESTE R VEGA
### PERIOD END 12/21/2014                                        989780

```
EMP#   60616   PLT PN    xxx-xx-0599   RATE  19.4998
       010   40.00   015   12.50   091   17.70

FEDERAL FILING STATUS: SINGLE. EXEMPTIONS: 00  EXTRA W/H: $.00
```

| EARNINGS | HRS | | Y-T-D | DEDUCTIONS | CURRENT | Y-T-D |
|---|---|---|---|---|---|---|
| REGULAR | 40.00 | 885.97 | 40,309.82 | WELLNESS INCENT | 6.92- | 262.96- |
| OVERTIME | 17.70 | 557.69 | 17,888.20 | HEALTH (PRE-TAX) | 122.55 | 6182.34 |
| HOLIDAY | | | 1,238.90 | DENTAL (PRE-TAX) | 6.28 | 320.68 |
| VACATION | | | 3,097.24 | VISION (PRE-TAX) | 3.67 | 139.46 |
| PREMIUM | 12.50 | 436.30 | 10,512.48 | FICA TAX | 110.72 | 4242.39 |
| SHIFT/LEAD DIFF | | 23.85 | 1,177.19 | MEDICARE TAX | 25.89 | 992.17 |
| MISC PAY | | | 206.37 | 401K | 191.07 | 7476.80 |
| EXCESS LIFE BEN | | .74 | 37.43 | FEDERAL WITHHOLD | 308.20 | 10605.55 |
| BONUS PAY | | 6.90 | 337.60 | LOAN 401K REPAY | 200.68 | 10435.36 |
| GROSS PAY | | 1911.45 | 74,805.23 | SHOES/SUPPLIES | | 75.00- |
| GROSS WAGES | | 1910.71 | 74,767.80 | DIRECT DEPOSIT | 948.57 | 34011.36 |
| | | | | DED. TOTALS: | 1910.71 | |

```
RETIREMENT CONTRIBUTION MADE ON YOUR BEHALF:
                    CURRENT        Y-T-D
401K                57.32          2243.03
```

**TITAN AMERICA**
Tarmac • Roanoke Cement • Essex Cement •
Separation Technologies
1151 Azalea Garden Road
Norfolk, VA 23502

DATE OF DEPOSIT      12/26/14
PLEASE SEE ABOVE FOR AMOUNT DEPOSITED

# NON-NEGOTIABLE

PAY TO THE ORDER OF

DIRECT DEPOSIT

```
      60616  ORESTE R VEGA
PN    3152 W 70 STREET
P14   HIALEAH, FL  33018
```



**TITAN AMERICA**
Tarmac • Roanoke Cement • Essex Cement •
Separation Technologies
1151 Azalea Garden Road
Norfolk, VA 23502

## ORESTE R VEGA
### PERIOD END 12/14/2014

988360

```
EMP#  60616   PLT PN    xxx-xx-0599   RATE 19.4998
      010    40.00  015   8.10  091   18.10
```

FEDERAL FILING STATUS: SINGLE, EXEMPTIONS: 00  EXTRA W/H: $.00

| EARNINGS | HRS | | Y-T-D | DEDUCTIONS | CURRENT | Y-T-D |
|---|---|---|---|---|---|---|
| REGULAR | 40.00 | 898.40 | 39,423.85 | WELLNESS INCENT | 6.92- | 256.04- |
| OVERTIME | 18.10 | 600.02 | 17,330.51 | HEALTH (PRE-TAX) | 122.55 | 6059.79 |
| HOLIDAY | | | 1,238.90 | DENTAL (PRE-TAX) | 6.28 | 314.40 |
| VACATION | | | 3,097.24 | VISION (PRE-TAX) | 3.67 | 135.79 |
| PREMIUM | 8.10 | 272.89 | 10,076.18 | FICA TAX | 103.97 | 4131.67 |
| SHIFT/LEAD DIFF | | 23.79 | 1,153.34 | MEDICARE TAX | 24.32 | 966.28 |
| MISC PAY | | | 206.37 | 401K | 180.18 | 7285.73 |
| EXCESS LIFE BEN | | .74 | 36.69 | FEDERAL WITHHOLD | 283.68 | 10297.35 |
| BONUS PAY | | 6.65 | 330.70 | LOAN 401K REPAY | 200.68 | 10234.68 |
| GROSS PAY | | 1802.49 | 72,893.78 | SHOES/SUPPLIES | | 75.00- |
| GROSS WAGES | | 1801.75 | 72,857.09 | DIRECT DEPOSIT | 883.34 | 33062.79 |
| | | | | DED. TOTALS: | 1801.75 | |

```
RETIREMENT CONTRIBUTION MADE ON YOUR BEHALF:
                    CURRENT      Y-T-D
401K                 54.05      2185.71
```

**TITAN AMERICA**
Tarmac • Roanoke Cement • Essex Cement •
Separation Technologies
1151 Azalea Garden Road
Norfolk, VA 23502

DATE OF DEPOSIT    12/19/14
PLEASE SEE ABOVE FOR AMOUNT DEPOSITED

## NON-NEGOTIABLE

PAY TO THE ORDER OF

DIRECT DEPOSIT

```
     60616  ORESTE R VEGA
PN    3152 W 70 STREET
P14   HIALEAH, FL  33018
```



**TITAN AMERICA**

Tarmac • Roanoke Cement • Essex Cement •
Separation Technologies
1151 Azalea Garden Road
Norfolk, VA 23502

## ORESTE R VEGA
### PERIOD END 12/07/2014

986933

```
EMP# 60616    PLT PN    xxx-xx-0599    RATE 19.4998
      010    40.00   015   9.90   091   15.50
```

FEDERAL FILING STATUS: SINGLE, EXEMPTIONS: 00  EXTRA W/H: $.00

| EARNINGS | HRS | | Y-T-D | DEDUCTIONS | CURRENT | Y-T-D |
|---|---|---|---|---|---|---|
| REGULAR | 40.00 | 884.52 | 38,525.45 | WELLNESS INCENT | 6.92- | 249.12- |
| OVERTIME | 15.50 | 474.09 | 16,730.49 | HEALTH (PRE-TAX) | 122.55 | 5937.24 |
| HOLIDAY | | | 1,238.90 | DENTAL (PRE-TAX) | 6.28 | 308.12 |
| VACATION | | | 3,097.24 | VISION (PRE-TAX) | 3.67 | 132.12 |
| PREMIUM | 9.90 | 333.53 | 9,803.29 | FICA TAX | 98.89 | 4027.70 |
| SHIFT/LEAD DIFF | | 17.25 | 1,129.55 | MEDICARE TAX | 23.12 | 941.96 |
| MISC PAY | | | 206.37 | 401K | 171.98 | 7105.55 |
| EXCESS LIFE BEN | | .74 | 35.95 | FEDERAL WITHHOLD | 265.25 | 10013.67 |
| BONUS PAY | | 10.44 | 324.05 | LOAN 401K REPAY | 200.68 | 10034.00 |
| GROSS PAY | | 1720.57 | 71,091.29 | SHOES/SUPPLIES | | 75.00- |
| GROSS WAGES | | 1719.83 | 71,055.34 | DIRECT DEPOSIT | 834.33 | 32179.45 |
| | | | | DED. TOTALS: | 1719.83 | |

RETIREMENT CONTRIBUTION MADE ON YOUR BEHALF:

| | CURRENT | Y-T-D |
|---|---|---|
| 401K | 51.59 | 2131.66 |

IS THE ADDRESS ON YOUR CHECK CORRECT?  PLEASE NOTIFY YOUR LOCAL BCA OR CALL THE
PAYROLL DEPARTMENT WITH CHANGES.  THANK YOU.



**TITAN AMERICA**

Tarmac • Roanoke Cement • Essex Cement •
Separation Technologies
1151 Azalea Garden Road
Norfolk, VA 23502

DATE OF DEPOSIT    12/12/14
PLEASE SEE ABOVE FOR AMOUNT DEPOSITED

# NON-NEGOTIABLE

DIRECT DEPOSIT

PAY TO THE ORDER OF

```
      60616 ORESTE R VEGA
PN    3152 W 70 STREET
P14   HIALEAH, FL  33018
```



# ORESTE R VEGA
### PERIOD END  1/04/2015

991484

Tarmac • Roanoke Cement • Essex Cement •
Separation Technologies
1151 Azalea Garden Road
Norfolk, VA 23502

```
EMP#  60616    PLT PN    xxx-xx-0599    RATE 19.4998
      010    24.60    015    12.20    052    8.00
```

FEDERAL FILING STATUS: SINGLE, EXEMPTIONS: 00  EXTRA W/H: 5.00

| EARNINGS | HRS | | Y-T-D | DEDUCTIONS | CURRENT | Y-T-D |
|---|---|---|---|---|---|---|
| REGULAR | 24.60 | 537.42 | 1,076.46 | WELLNESS INCENT | 6.92- | 13.84- |
| OVERTIME | | | 10.11 | HEALTH (PRE-TAX) | 122.55 | 245.10 |
| HOLIDAY | 8.00 | 156.00 | 468.00 | DENTAL (PRE-TAX) | 6.28 | 12.56 |
| PREMIUM | 12.20 | 411.02 | 832.15 | VISION (PRE-TAX) | 3.67 | 7.34 |
| SHIFT/LEAD DIFF | | 14.16 | 28.42 | FICA TAX | 61.61 | 134.26 |
| EXCESS LIFE BEN | | .74 | 1.48 | MEDICARE TAX | 14.41 | 31.40 |
| GROSS PAY | | 1119.34 | 2,416.62 | 401K | 111.86 | 241.51 |
| GROSS WAGES | | 1118.60 | 2,415.14 | FEDERAL WITHHOLD | 128.53 | 297.10 |
| | | | | LOAN 401K REPAY | 200.68 | 401.36 |
| | | | | DIRECT DEPOSIT | 475.93 | 1058.35 |
| | | | | DED. TOTALS: | 1118.60 | |

RETIREMENT CONTRIBUTION MADE ON YOUR BEHALF:

| | CURRENT | Y-T-D |
|---|---|---|
| 401K | 33.56 | 72.46 |



Tarmac • Roanoke Cement • Essex Cement •
Separation Technologies
1151 Azalea Garden Road
Norfolk, VA 23502

DATE OF DEPOSIT    1/09/15
PLEASE SEE ABOVE FOR AMOUNT DEPOSITED

# NON-NEGOTIABLE

PAY TO THE ORDER OF

DIRECT DEPOSIT

```
60616  ORESTE R VEGA
PN     3152 W 70 STREET
P14    HIALEAH, FL  33018
```