UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

ORESTE R. VEGA,  Case No.: 15-13656-BKC-LMI

    Debtor.  Chapter 7

_____/

## NOTICE OF RULE 2004 EXAMINATION

    Guy G. Gebhardt, Acting United States Trustee for Region 21, by undersigned counsel, will examine **Oreste R. Vega** under oath, at the time and place noted below:

    Date:    Tuesday, March 31, 2015

    Time:    9:30 a.m.

    Place:    Office of the United States Trustee
                  51 S.W. First Avenue
                  Room 1204
                  Miami, FL 33130

    The examination may continue from day to day until completed. If the examinee receives this notice less than 14 days prior to the scheduled examination date, the examination will be rescheduled upon timely request to a mutually agreeable time.

    The examination is pursuant to FRBP 2004 and Local Rule 2004-1, and will be taken before an officer authorized to record the testimony. The scope of the examination shall be as described in FRBP 2004. Pursuant to Local Rule 2004-1, no order shall be necessary.

Guy G. Gebhardt
Acting United States
Trustee Region 21

/s/
Ariel Rodriguez, Trial Attorney
Florida Bar No.: 160253
U.S. Trustee's Office
51 SW 1st Ave.
Miami, FL 33130
Phone: (305) 536-7285
Fax: (305) 536-7360
ariel.rodriguez@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing notice has been served on the following parties on March 17, 2015, electronically through CM/ECF, on parties having appeared electronically in the instant matter and that a copy hereof shall be served by U.S. Mail, postage prepaid, and Federal Express on parties not appearing electronically:

/s/
Ariel Rodriguez, Trial Attorney